UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEVEN GONZALEZ,<br># 805007,<br><br>          Plaintiff,<br><br>v.<br><br>SAN ANTONIO POLICE DEPARTMENT; BEXAR COUNTY SHERIFF'S OFFICE; ET AL.,<br><br>          Defendants. | §<br>§<br>§<br>§<br>§     SA-23-CV-01473-FB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Steven Gonzalez's 42 U.S.C. § 1983 Amended Civil Rights Complaint against Defendants, Bexar County, BCADC, Bexar County Health Care Services and the City of San Antonio, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B) for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Steven Gonzalez's 42 U.S.C. § 1983 Amended Civil Rights Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B) for failure to state a non-frivolous claim.

**IT IS FINALLY ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 25th day of July, 2024.

FRED BIERY
UNITED STATES DISTRICT JUDGE